# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1306
_____

United States of America,

*Plaintiff - Appellee*,

v.

John Richard Fortenberry,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 16, 2020
Filed: March 19, 2021
[Unpublished]

_____

Before COLLOTON, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

John Fortenberry appeals an order of the district court denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i). The district court denied the motion without a response from the government and with no explanation. Under those circumstances, we cannot tell whether the district court believed that it was forbidden as a matter of law to consider grounds raised by Fortenberry. Or, if the

court denied the motion as a matter of discretion, we cannot discern how the court exercised its discretion. Without at least a brief explanation from the district court, we cannot meaningfully review the decision to deny the motion. Accordingly, we vacate the order of January 23, 2020, and remand for further consideration. *See United States v. Burrell*, 622 F.3d 961, 964 (8th Cir. 2010).

_____